**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

HENRY CONLEY                                                                                               PLAINTIFF

v.                            CASE NO. 4:10CV00403 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                         DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the court.

SO ADJUDGED this 23rd day of August, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE