IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HENRY CONLEY                                                                                              PLAINTIFF

v.                                  CASE NO. 4:10-cv-00403-JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                          DEFENDANT

## ORDER

On August 23, 2011, the Court entered an Order and Judgment reversing the decision of the Commissioner and remanding the case for further proceedings. (Doc. Nos. 15 and 16) Plaintiff has filed a motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 17) He seeks compensation for 21 hours and 20 minutes of work performed by his attorney in 2010 at a rate of $125.00 per hour for a total of $2,666.66. *Id.* The Commissioner raises no objection. (Doc. No. 18) Accordingly, the court grants Plaintiff compensation for 21 hours and 20 minutes of work at $125.00 per hour for a total of $2,666.66. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) (EAJA fees are payable to plaintiff, not plaintiff's attorney, and such fees are subject to an offset when the plaintiff has outstanding federal debts).

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney's fees in the amount of $2,666.66.

DATED this 4th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE